CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, LUIS MARQUEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>  Plaintiff,<br><br> v.<br><br>GEORGIA EFSTATHIOU, in individual and representative capacity as trustee of The John G. Efstathiou QTIP Trust dated November 25, 2001; POLLY'S INC., a California Corporation; and Does 1-10,<br><br>  Defendants. | Case No.: 2:20-CV-01393-ODW-JPR<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

Dated: April 27, 2020          CENTER FOR DISABILITY ACCESS

                    By: /s/ Amanda Lockhart Seabock
                        Amanda Lockhart Seabock
                        Attorneys for Plaintiff