CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| LUIS MARQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA EFSTATHIOU, in individual and representative capacity as trustee of The John G. Efstathiou QTIP Trust dated November 25, 2001; POLLY'S INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 2:20-CV-01393-ODW-JPR<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |
|---|---|

**PLEASE TAKE NOTICE** that Plaintiff Luis Marquez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Polly's Inc., a California Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 03, 2020    CENTER FOR DISABILITY ACCESS

    By: <u>/s/ Amanda Lockhart Seabock</u>
    Amanda Lockhart Seabock
    Attorneys for Plaintiff